FILED

2003 NOV 17  A 9: 55

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| HOWARD G. NUSBAUM | § § § |
| Plaintiff, | § § |
| v. | § Civil Action No. 3:02 CV 119 WWE |
| COOPERATIVE COMPUTING, INC. d/b/a CCI/TRIAD, INC. | § § § |
| Defendant. | § § |

## ORDER OF DISMISSAL

Plaintiff Howard G. Nusbaum ("Nusbaum"), Defendant Cooperative Computing, Inc. ("CCI"), and Third Party Plaintiff ADP Claims Solutions Group, Inc. ("ADP CSG"), through their undersigned attorneys, have informed the Court that they have compromised and settled their dispute herein. It is accordingly

ORDERED that all claims and causes of action asserted by Nusbaum against CCI or CCI against Nusbaum be, and they hereby are, DISMISSED, with prejudice to the refiling of same with regard to damages and attorneys fees incurred by Plaintiff prior to September 29, 2003. Such claims and causes of action are dismissed without prejudice as to any claims and causes of action (including, but not limited to, copyright infringement and unjust enrichment) for acts and omissions occurring after September 29, 2003. It is further

ORDERED that the Third Party Complaint filed by ADP CSG be, and it hereby is, DISMISSED, without prejudice to its refiling.

SIGNED AND ENTERED this ___ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_____
Vlad G. Spitzer  ct 14260
SPITZER & BREY, L.L.C.
239 Main Street
Westport, CT 06880
(203) 226-3262 facsimile
Attorney for Plaintiff
Howard G. Nusbaum

_____
Michael K. Stanton, Esq. (ct08916)
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
(860) 548-0006 facsimile
Attorneys for Defendant
Cooperative Computing, Inc.

_____
Kenneth W. Ritt (ct 05982)
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901-2047
(203) 977-7301 facsimile
Attorneys for Third-Party Plaintiffs
ADP Claims Solutions Group, Inc.