UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HOWARD NUSBAUM

v.                                    3:02CV119 WWE

COOPERATIVE COMPUTING, INC., et al

## JUDGMENT

On October 9, 2003, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before November 7, 2003. No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 20th day of November, 2003.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____