FILED

2003 NOV 17 A 9:55

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| HOWARD G. NUSBAUM § § § §<br><br>Plaintiff, §<br>v. §<br>§  Civil Action No. 3:02 CV 119 WWE<br>§<br>COOPERATIVE COMPUTING, INC. §<br>d/b/a CCI/TRIAD, INC. §<br>§<br>Defendant. § | |

## ORDER OF DISMISSAL

Plaintiff Howard G. Nusbaum ("Nusbaum"), Defendant Cooperative Computing, Inc. ("CCI"), and Third Party Plaintiff ADP Claims Solutions Group, Inc. ("ADP CSG"), through their undersigned attorneys, have informed the Court that they have compromised and settled their dispute herein. It is accordingly

ORDERED that all claims and causes of action asserted by Nusbaum against CCI or CCI against Nusbaum be, and they hereby are, DISMISSED, with prejudice to the refiling of same with regard to damages and attorneys fees incurred by Plaintiff prior to September 29, 2003. Such claims and causes of action are dismissed without prejudice as to any claims and causes of action (including, but not limited to, copyright infringement and unjust enrichment) for acts and omissions occurring after September 29, 2003. It is further

ORDERED that the Third Party Complaint filed by ADP CSG be, and it hereby is, DISMISSED, without prejudice to its refiling.

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT 11/23/03

DA1:\347150\06\7FV206!.DOC\38904.0018                     1